JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff/Respondent,<br><br>       v.<br><br>EDIN ORLANDO COTO,<br><br>              Defendant/Petitioner. | No.   CV 10-5272 PA<br>        CR 07-643 PA<br><br>JUDGMENT |

IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to Title 28, U.S.C. § 2255 is denied and the action is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  August 5, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE